UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:21-cr-51-SPC-NPM

KEANDRE BROOMFIELD
_____/

**SENTENCING MINUTES**

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Michael V. Leeman |
| Counsel for Defendant: | James Wesley Chandler |
| Probation Officer: | Nick Stevens |
| Date and Time: | October 20, 2022 @ 11:00 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |

Start Time: 10:55am    Court convenes.

AUSA Mike Leeman on behalf of government, Attorney James Chandler, on behalf of the Defendant, Keandre Broomfield, who is also present in court.
United States Probation Officer Nick Stevens present in court.

Defendant confirms he reviewed the report with his attorney and his attorney read and explained the report to him.

Defense has no objections to the factual accuracy or to the application of the guidelines contained in the presentence report. The Government has no objections to the factual accuracy or to the application of the guidelines in the presentence report.

The Court adopts the facts and guideline applications contained in PSR. The Court reviews the total offense level and criminal history category, and guideline range sentence.
The Court reviews the potential penalties and sentence.

The government moves for a downward departure, requesting a sentence below the mandatory minimum, lowering by 3-levels.

Defense counsel has no objection to representation and request for departure by government.

The Court finds offense level of 22, the criminal history category would remain a two because criminal history category is based upon prior criminal history, leaving a guideline sentence range of between 46 and 57-months incarceration.

The Defendant address the Court.

Defense counsel presents argument as to the imposition of 24-month sentence.
AUSA Leeman responds, argues for a sentence of 46 months.

For the reasons stated on the record, the Court imposes the sentence as follows:

**IMPRISONMENT:**

The defendant is hereby sentenced to a term of **46-MONTHS, such term consists of 46 months imprisonment as to Counts One through Three, to be served concurrently.**

**SUPERVISED RELEASE:**

The defendant is sentenced to a term of **4-YEARS, such term consists of 3-YEARS of supervised release in Counts One and Two, and a 4-YEAR term in Count Three, each count, concurrent**.

*Special conditions of supervised release:*

The defendant shall cooperate in the collection of DNA.

The Defendant shall submit to searches.

Defendant shall participate in a substance abuse treatment.

Defendant shall provide probation officer access to any requested financial documents.

Defendant shall submit to drug testing not to exceed 104 tests per year.

**SPECIAL ASSESSMENT** of $300.00 due immediately.

Fines are waived.

No forfeiture matters to consider.

The Court accepts the plea agreement of the parties.

The Court grants the request for downward departure and the request to sentence below the mandatory minimum sentence, as reflected in the sentence imposed.

The government advises based on charges; defendant must be remanded as required by statute.  Defense requests for self-surrender.

Defense request substance abuse treatment while incarcerated (RDAP).  No objection.

Request for placement at BOP facility Fort Myers area.

The Court advised the defendant of his rights to appeal.

Court remands the defendant to the US Marshal.

End time:   11:27am